826

SHERIDAN ARMS CORP., Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 930.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT DUBROW, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS CASTLEGRANDE, Appellant.— Judgment unanimously reversed, the complaint dismissed and the defendant discharged, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN BERK, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MINNIE GOLD, Respondent, v. LEWIS IMPROVEMENT CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BLANCHARD PRESS, INC., Respondent, v. AEROSPHERE, INC., et al., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LILLIAN HARVEY, Plaintiff, v. SOCIETE SYMPHONIE FILMS et al., Appellants, and WILLIAM SZEKELY, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JAMES A. TROWBRIDGE, JR., et al., as Surviving Trustees under Certain Indentures, Appellants, v. ARTHUR L. TROWBRIDGE et al., as Surviving Executors of JAMES A. TROWBRIDGE, Deceased, et al., Defendants, and HERBERT MARPLES et al., as Ancillary Executors of WILLIAM B. TROWBRIDGE, Deceased, et al., Respondents.— Judgment so far as appealed from unanimously affirmed, with costs to all parties appearing by separate attorneys and filing briefs, payable out of the fund. No opinion. Present — Untermyer, Dore, Cohn and Callahan, JJ. [182 Misc. 191.]

SYLVIA KIRSCHBAUM et al., Appellants, v. WAYBRO THEATRE CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES DAVIS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYGRADE FOOD PRODUCTS CORPORATION, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore and Cohn, JJ.; Cohn, J., dissents and votes to reverse and dismiss the information on the ground that the presumption of intent to sell arising from possession was successfully rebutted by defendant's proof. (*People* v. *Wallace & Company*, 282 N. Y. 417; *People* [*Levinson*] v. *Waldorf System Incorporated*, 257 App. Div. 626.)

ROSE WILLER, Respondent, v. ARTHUR GROSS et al., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EDWARD DOLCIMASCOLA, Respondent, v. P. J. CARLIN CONSTRUCTION Co., Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 928.]